147 A.3d 446

FLUSHING SAVINGS BANK, FSB, PLAINTIFF-RESPONDENT, v. ANIBAL J. CRESPO AND FIRST AMERICAN TITLE INSURANCE COMPANY, DEFENDANTS, AND VCAR REALTY, LLC AND VIVIAN CRESPO, DEFENDANTS-PETITIONERS.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001063-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.